1  James D. Pacitti, Esq. (SBN 248696)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400; Fax: 866-802-0021
   jpacitti@consumerlawcenter.com
4  Attorneys for Plaintiff,
   PATRICK EARNEST

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PATRICK EARNEST, ) | Case No.: CV-10-01522-AGR |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| v. ) | |
| ZWICKER & ASSOCIATES P.C., ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, PATRICK EARNEST, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: March 12, 2010        KROHN & MOSS, LTD.

By: /s/ James D. Pacitti
James D. Pacitti
Attorney for Plaintiff

- 1 -

Notice of Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Notice of Settlement